UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )
| | )
| V. | ) Case No. 03-1772-CBS
| JOHN DOE, | )
| a/k/a | )
| Vinson Duke Robinson Mangos, Jr., | )
| | )
| Defendant | ) |

FILED
IN CLERKS OFFICE
2003 DEC -1  A 11: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

### GOVERNMENT'S MOTION TO UNSEAL AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to unseal the Affidavit in Support of the Criminal Complaint in the above-captioned matter.

As grounds, the Government represents that Defendant is in custody.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:  /s/ John M. Hodgens, Jr.
JOHN M. HODGENS, JR.
Assistant U.S. Attorney