# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 — REV. 1/90

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | vs. DWAYNE DAVIDSON FOR ___ AT ___ |

**LOCATION NUMBER:** ___

**PERSON REPRESENTED** (Show your full name): DWAYNE ANTHONY DAVIDSON

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) ___

**CHARGE/OFFENSE** (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor

**DOCKET NUMBERS**
- Magistrate: ___
- District Court: ___
- Court of Appeals: ___

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Sandrd Bryan 155A Chandler St. Worcest.
- IF YES, how much do you earn per month? $600
- IF NO, give month and year of last employment. How much did you earn per month $___
- If married is your Spouse employed? ☐ Yes ☑ No
- IF YES, how much does your Spouse earn per month $___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $5.00 — SOURCES: Barbering – personal – family

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No — IF YES, state total amount $___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
- IF YES, GIVE VALUE AND DESCRIBE IT — VALUE ___ DESCRIPTION ___

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: ___
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME: | 250 Per Month | $___ | $___ |
| | | $___ | $___ |
| | | $___ | $___ |
| | | $___ | $___ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** ▶ Dwayne Davidson

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.