AO 470 (8/85) Order of Temporary Detention

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

_____ _D_ _/_K_/_A_ _____
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: _____

Upon motion of the _____government_____ , it is ORDERED that a

detention hearing is set for __12/10/03__ * at __11:00 AM__
                           Date                                    Time

before _____CHARLES B. SWARTWOOD, III, MAGISTRATE JUDGE_____
                                                Name of Judicial Officer

_____WORCESTER, MA_____
                                                Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
                         Other Custodial Official

__12/1/03__
    Date                                             Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.