UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2003 DEC -8 A 11: 40 |
| ) | |
| V. ) | Case No. 03-1772-CBS |
| ) | U.S. DISTRICT COURT |
| JOHN DOE, ) | DISTRICT OF MASS. |
| a/k/a ) | |
| Vinson Duke Robinson Mangos, Jr., ) | |
| a/k/a Dewayne Davidson ) | |
| ) | |
| Defendant ) | |

### DEFENDANT'S WAIVER OF PROBABLE CAUSE HEARING AND CONSENT TO ORDER OF DETENTION

Defendant, by his counsel, John Wall, Esq., hereby waives his right to a probable cause hearing in the above-captioned matter and consents to an Order of detention, reserving his right to a detention hearing at some future time.

Respectfully submitted,

Dewayne Davidson
Defendant

By: *John M. Hodgens, Jr.*
     for John Wall, Esq.
     Counsel for Defendant

ss. Worcester

### CERTIFICATE OF SERVICE

I, John Wall, Esq., counsel for Defendant, hereby certify that a copy of the foregoing was served by hand upon below-named counsel on this the 8th day of December, 2003.

*John M. Hodgens, Jr.*
for John Wall, Esq.
Counsel for Defendant

John M. Hodgens, Jr.
Assistant U.S. Attorney
595 Main Street, 2nd Floor
Worcester, MA 01608