UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>JOHN DOE, (a/k/a )<br>Vinson Duke Robinson Mangos, Jr.)[1],)<br>Defendant, )<br>) | **CRIMINAL ACTION<br>NO.  03-1772-CBS** |

**MEMORANDUM OF PROBABLE CAUSE AND
ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION
December 10, 2003**

**SWARTWOOD, M.J.**

I.  Nature of the Offense and the Government's Motion

On November 21, 2003, a Criminal Complaint was filed, charging Mr. Davidson, with willfully and knowingly making false statements in an application for a United States Passport, in violation of 18 U.S.C. § 1542 and with intent to deceive, falsely representing a social security number to be his own, in violation of 42 U.S.C. § 408(a)(7)(B).

On December 1, 2003, Mr. Davidson appeared before me for his initial appearance and at that time he was advised of his right

---

[1] At the initial appearance of the person arrested in connection with this Complaint, he notified the Court that his true name was Dwayne Anthony Davidson.  Therefore, I will refer to the Defendant, John Doe, by his true name of Dwayne Anthony Davidson ("Mr. Davidson").

to a preliminary examination in accordance with Fed. R. Crim. P. 5.1 and the Government moved for a detention hearing pursuant to 18 U.S.C. §3142(f)(2)(A)(risk of flight).

On December 10, 2003, a consolidated probable cause/detention hearing was scheduled and at this hearing, Mr. Davidson waived his right to a probable cause hearing and assented to an order of detention, but reserved his right to a detention hearing in the future.

## II.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1.  That Mr. Davidson be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  That Mr. Davidson be afforded a reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Davidson is detained and confined shall deliver Mr. Davidson to an authorized Deputy

United States Marshal for the purpose of any appearance in connection with a court proceeding.

### RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

/s/Chales B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE