UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No. 2003 DEC 18 A 9: 13 |
| ) | 4:03CR40040-NMG |
| V. ) | Violation: U.S. DISTRICT COURT |
| ) | 18 U.S.C. § 1542 DISTRICT OF MASS. |
| DWAYNE A. DAVIDSON, ) | (False Statement on |
| a/k/a ) | Passport Application) |
| Vinson Duke Mangos Robinson, Jr., ) | |
| ) | |
| Defendant ) | |

INFORMATION

**Count One:**  18 U.S.C. § 1542 (False Statement in Application for U.S. Passport)

The United States Attorney charges that:

On or about May 25, 2003, in Worcester, in the District of Massachusetts,

**DWAYNE A. DAVIDSON,**

defendant herein, did willfully and knowingly make false statements in an application for passport with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

(All in violation of Title 18, United States Code, Section 1542).

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    UNITED STATES ATTORNEY

                              By:   /s/ John M. Hodgens, Jr.
                                    JOHN M. HODGENS, JR.
                                    Assistant U.S. Attorney
```

Dated: 12/18/03