UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>UNITED STATES OF AMERICA,</u>     Criminal Case

NO. <u>03-40041-NMG</u>

V.

<u>Dwayne Davidson,</u>
      Defendant

## NOTICE

<u>GORTON,   D.J.</u>

    PLEASE TAKE NOTICE that the above-entitled case has been   SET for <u>     RULE 11 HEARING     </u> on  <u>MONDAY   FEBRUARY 2, 2004     </u>  at  <u>3:00PM</u>

before  Judge <u>    GORTON    </u> in U.S. District Court, WORCESTER,  MA.

<u>     1/22/04           </u>        <u>/S/ MARTIN CASTLES     </u>
    Date                          Deputy Clerk
                                    508-929-9904

**Notice mailed to:**
**Counsel of record**
**Probation**
**Pretrial**
**U.S. Marshals**