# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**          **Criminal Case**

                                       **NO. 03-40040-NMG**

          **V.**


**DWAYNE DAVIDSON,**
          **Defendant**


## NOTICE


 **GORTON,   D.J.**

          **PLEASE TAKE NOTICE that the above-entitled case has**

been RE-SET for _____ **RULE 11 HEARING** _____

on   **WEDNESDAY   FEBRUARY 11, 2004** _____ at **11:00AM**

before  Judge _____ **GORTON** _____ in U.S. District Court,

**WORCESTER,  MA.**


_____ **1/28/04** _____          **/S/ MARTIN CASTLES** _____
          **Date**                        **Deputy Clerk**
                                          **508-929-9904**

**Notice mailed to:**
**Counsel of record**
**Probation**
**Pretrial**
**U.S. Marshals**