UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 FEB -2  P 12: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 03-40040-NMG |
| | ) | |
| DWAYNE DAVIDSON | ) | |

JOINT MOTION TO COMBINE RULE 11 HEARING AND SENTENCING AND
DISPENSE WITH PRESENTENCE INVESTIGATION

Defendant Dwayne Davidson and the United States jointly move that the Count (1)

sentence Mr. Davidson at the conclusion of the Rule 11 Hearing on Wednesday, February

11, 2004 at 11AM  and (2) dispense with the preparation of a presentence investigation

because the Court has sufficient information to exercise its sentencing authority

meaningfully, See Fed. R. Crim. P. 32 (b) (1).  The parties' grounds are set forth below.

1. Mr. Davidson is an illegal alien who  has agreed to plead to an Information

charging a violation of  Title 18 United States code section 1542 (false statement in

application for a US passport).

2.  An Immigration detainer has been filed with the U.S. Marshal's Service.

3.  Guideline 2L2.2 (a) applies to Mr. Davidson .  It results in a base offense level of

6.  The only applicable adjustment to the base offense level is the two level reduction for

acceptance of responsibility resulting in a final offense level of 4.  Counsel for both the

United States and Mr. Davidson have each, separately, reviewed the facts in this case and

the application of the guidelines to the facts in reaching this conclusion.

4. The parties will both recommend a time-served sentence arising from the time spent in pretrial detention since Mr. Davidson's arrest on Friday, November 9, 2003. This sentence falls within the 0-6 month guideline sentencing range applicable to a criminal history category I offender with an offense level of 6.

5. Because the Probation Office will not likely supervise Mr. Davidson on supervised release, whether or not a term of supervised releasse is imposed, that Office does not need a presentence report.

6. Based upon the foregoing, the United States and Mr. Davidson suggest that the Court has sufficient information to exercise meaningfully its sentencing authority under 18 U.S.C. § 3553 and thus proceed to sentencing on February 11, 2004 without a presentence investigation or report.

7. The parties are requesting the Court to sentence Mr. Davidson on February 11, 2004 immediately after accepting his change of plea so as to facilitate his prompt deportation to Jamaica.

2.

CONCLUSION

WHEREFORE, the parties request that the Court sentence Mr. Davidson on

February 11, 2004 after accepting his change of plea.


UNITED STATES
By Its Attorneys.

_Michael Sullivan_
United .States Attorney
John M. Hodgens, Jr.
West
Asst. U.S. Attorney
BBO #556577
Tel. 508 368-0104t

Dwayne Davidson
By his attorney,

_John Wall._
BBO # 513300
One Commercial Wharf

Boston, MA 02110
Tel: 617 742-9096


CERTIFICATE OF SERVICE

I, John Wall, hereby certify that a true copy of the above document was served upon
Assistant U.S. Attorney John M. Hodgens and Pretrial Services Officer Vangie Cuascut
by Fax and U.S. mail on  Friday, January 30, 2004.


_John Wall_
John Wall


3.