AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DWAYNE A. DAVIDSON,
AKA
VINSON DUKE MANGOS ROBINSON, JR.

WAIVER OF INDICTMENT

CASE NUMBER: 03-40040-NMG

I, _____DWAYNE A. DAVIDSON_____, the above named defendant, who is accused of Making a False Statement on a U.S. Passport Application, in violation of Title 18, United States Code, Section 1542

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/13/04__ prosecution by indictment and consent that the
                      Date
proceeding may be by information rather than by indictment.

_Dwayne Davidson_
Defendant

_John Wall_
Counsel for Defendant

Before _M. Gorton, USDJ_
       Judicial Officer       2/13/04

This form was electronically produced by Elite Federal Forms, Inc.