| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>03-40040 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>1:06CR47 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Dwayne A. Davidson<br>Northern District of West Virginia | DISTRICT OF MASSACHUSETTS | Criminal, D/MA, Boston |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Nathaniel M. Gorton | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>2/13/04    TO<br>2/12/07 |

OFFENSE

False Statement in Application of a Passport, 18 USC § 1542

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of West Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/12/06_                  _NM Gorton_
Date                               United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of West Virginia

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5-23-06_                  _Irene R. Keeley_
Effective Date                     United States District Judge